IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACKIE D. JOHNSON                                                                PLAINTIFF

v.                              CASE NO. 3:13CV00225 BSM

TERRY BURDIN                                                                     DEFENDANT

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed.

IT IS SO ORDERED this 17th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE